HONORABLE BRIAN A. TSUCHIDA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al.<br><br>Plaintiffs<br><br>v.<br><br>UNITED BUILDING SERVICES, INC.<br><br>Defendant | NO. CV17-623 BAT<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>**Clerk's Action Required** |

## STIPULATION

Plaintiffs Northwest Laborers-Employers Health & Security Trust, et al. and Defendant United Building Services, Inc. stipulate that the matter shall be dismissed without prejudice and without costs.

DATED May 23, 2017

s/ Mary L. Stoll
Mary L. Stoll, WSBA No. 16446
Attorney for Plaintiffs
STOLL LAW GROUP, PLLC
2033 6th Avenue, Ste 993
Seattle WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

s/ Clemens H. Barnes
Clemens H. Barnes, WSBA No. 4905
Attorneys for Defendant
MILLER NASH GRAHAM & DUNN, LLP
Pier 70, 2801 Alaskan Way, Ste 300
Seattle WA 98121-1128
Telephone 206-777-7432
Fax 206-340-9599
Email clem.barnes@millernash.com

STIP. & ORDER OF DISMISSAL
WITHOUT PREJUDICE—1
Case No. CV17-623 BAT

# ORDER

Based upon the foregoing stipulation, it is hereby

**ORDERED** that the matter is hereby dismissed without prejudice and without costs.

DATED _May 24th_, 20_17_

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

Presented by:

/s Mary L. Stoll
_____
Mary L. Stoll, WSBA No. 16446
STOLL LAW GROUP, PLLC
2033 6th Avenue, Suite 993
Seattle WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

STIP. & ORDER OF DISMISSAL
WITHOUT PREJUDICE—2
Case No. CV17-623 BAT

STOLL LAW GROUP, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA 98121-2573
Telephone 206-623-2855
Fax 206-667-9805